IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

RICKEY T. TAYLOR, ADC #110675
and DE'MARION D. ROBINSON, ADC #150420   PLAINTIFFS

V.   2:15CV00188-JM-JTK

WENDY KELLEY, et al.   DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1. Defendants' Motion to Dismiss (Doc. No. 24) is GRANTED in part, with respect to Plaintiffs' monetary claims against them in their official capacities, and the Due Process, Equal Protection, and Eighth Amendment claims against them.

2. Defendants' Motion to Dismiss (Doc. No. 24) is DENIED in part, with respect to Plaintiffs' First Amendment claims against them.

IT IS SO ORDERED this 15th day of April, 2016.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE