**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

RICKEY T. TAYLOR,                                                                                       PLAINTIFFS
ADC #110675, et al.

v.                                              2:15CV00188-JM-JTK

LARRY NORRIS, et al.                                                                                  DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants Neely and Connor are DISMISSED from Plaintiffs' complaint, without prejudice.

IT IS SO ORDERED this 5th day of July, 2016.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

1