# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

RICKEY TAYLOR, ADC #110675, and
DE'MARION ROBINSON, ADC #150420                                    PLAINTIFFS

2:15CV00188-JM-JTK

WENDY KELLEY, et al.                                               DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1. Defendants' Motion for Summary Judgment (Doc. No. 58) is GRANTED.

2. Defendants Bailey, Kelley, Reed, and Earl are DISMISSED from this action, without prejudice, for failure to exhaust.

3. Plaintiff Robinson's claims against Defendants Lay, Burnett, and Bray are DISMISSED without prejudice, for failure to exhaust.

4. Plaintiffs' Motion to Strike (Doc. No. 67) is DENIED.

IT IS SO ORDERED this 27th day of September, 2016.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE