**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

RICKEY T. TAYLOR, ADC #110675,
and DE'MARION D. ROBINSON, ADC #150420            PLAINTIFFS

V.            2:15CV00188-JM-JTK

WENDY KELLEY, et al.            DEFENDANTS

**ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, the timely objections received thereto, and Plaintiffs' late filed response to the Defendants' motion for summary judgment, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants' Motion for Summary Judgment (Doc. No. 78) is GRANTED, and Plaintiffs' Complaint against Defendants is DISMISSED with prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 9th day of February, 2017.

                                                _____
                                                JAMES M. MOODY, JR.
                                                UNITED STATES DISTRICT JUDGE